JESSICA A. BETLEY
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
Jessica.Betley@usdoj.gov

**FILED**

FEB 2 0 2014


Clerk, U S District Court
District Of Montana
Billings

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RUEBEN FRIESEN, Defendant. | CR 14- 10 -GF-BMM  **INDICTMENT**  TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT Title 18 U.S.C. § 2423(b) (Penalty: 30 years imprisonment, $250,000 fine, and five years to lifetime supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about January 17, 2014, at Sweet Grass, in Toole County, in the

State and District of Montana, and elsewhere, the defendant, RUEBEN FRIESEN,

did knowingly travel into the United States from the Republic of Canada, for the purpose of engaging in illicit sexual conduct, as defined in 18 U.S.C. § 2423(f)(1), that is, a sexual act with a person under the age of 18 years, all in violation of 18 U.S.C. 2423(b).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: State – Cascade Co.
Bail: _____