**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RUEBEN FRIESEN,**<br><br>**Defendant.** | **CR 14-10-GF-BMM**<br><br><br>**<u>ORDER</u>** |

Upon unopposed motion of the United States, and for good cause shown,

IT IS ORDERED that the competency hearing scheduled for May 15, 2014 at 1:30 p.m. is **VACATED a**nd rescheduled for May 29, 2014 at 4:00 p.m. at the Missouri River Courthouse in Great Falls, Montana.

IT IS FURTHER ORDERED that Dr. Cynthia Low can testify via video at that competency hearing.   The United States shall make all the necessary video conference arrangements with Gretchen Jendro of the Court systems staff in Great

Falls, Montana.    The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 14th day of May, 2014.


_____
Brian Morris
United States District Court Judge