IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RUBEN FRIESEN, Defendant. | No. CR-14-10-GF-BMM ORDER |

A Competency Evaluation was recently submitted to the Court by Dr. Bowman Smelko, Psy.D.  The evaluation was filed under seal.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide copies of the evaluation to counsel for the Defendant, and to the attorney for the Government as required under 18 U.S.C. §4247(c).

DATED this 18th day of June, 2014.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge