

**U.S. Department of Justice**
Federal Bureau of Prisons

U.S. Medical Center for Federal Prisoners
1900 W. Sunshine Street

*Office of the Warden*

*Springfield, Missouri 65807*

November 4, 2014

The Honorable Brian Morris
United States District Court Judge
Eastern District of Washington
Thomas S. Foley United States Courthouse
920 West Riverside Avenue, Suite 840
Spokane, WA. 99201

RE:  FRIESEN, Ruben
Reg. No.:    13222-046
Docket No.: CR-14-10-GF-BMM

Dear Judge Morris:

    The above-named inmate was received at the United States Medical Center for Federal Prisoners on October 23, 2014, for psychological evaluation and treatment under Title 18 U.S.C. 4241(d).  Mr. Friesen will remain at this facility for up to four months to determine his competency to stand trial.  A copy of the requested psychological study will follow.  Additionally, we request that the attorneys assigned to this case forward relevant records to the assigned clinician.

    If you have any questions or require additional information, Mr. Friesen is being seen by Dr. Rick Demier.  Dr. Demier may be reached at (417) 862-7041, extension 1277.

Sincerely,

Jon Roberts
Mental Health Unit Manager