UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUEBEN FRIESEN,<br><br>Defendant. | Case No. CR 14-10-GF-BMM-JTJ<br><br>CONSENT TO RULE 11<br>PLEA IN A FELONY CASE<br>MAGISTRATE JUDGE |

I hereby declare my intention to enter a plea of guilty in this case. I have been advised by my attorney and by United States Magistrate Judge John Johnston of my right to enter a change of plea before a United States District Judge. I request and consent to the acceptance of my guilty plea by a United States Magistrate Judge under Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge recommends acceptance of my guilty plea and orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States, will adjudicate guilt, and will impose sentence.

DATED this 5th day of March, 2015.

Rueben Friesen
Defendant

R. Henry Branom, Jr.
Attorney for Defendant

APPROVED:

Jessica A. Betley
Assistant United States Attorney